**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1474**

———————————

KEVIN POTTER,

Plaintiff - Appellant,

versus

NATIONWIDE MUTUAL AUTOMOBILE INSURANCE
COMPANY; NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY,

Intervenors/Plaintiffs - Appellees,

versus

MARGUERITE C. POTTER; HARRY H. POTTER,

Defendants - Appellants.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-00-
63-AMD)

———————————

Submitted: February 13, 2006          Decided: March 1, 2006

———————————

Before KING, SHEDD, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kevin Potter, Marguerite C. Potter, and Harry H. Potter, Appellants
Pro Se. Patricia McHugh Lambert, Robert St. John Campbell, HODES,
ULMAN, PESSIN & KATZ, P.A., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Potter, Marguerite C. Potter, and Harry H. Potter appeal the district court's final order granting Defendants' motion for summary judgment and district court orders dated May 15, 2000, Nov. 28, 2000, Mar. 29, 2001, Aug. 22, 2001, Oct. 23, 2001, and magistrate judge's report and recommendation dated Mar. 5, 2003, and order dated Mar. 17, 2003.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Potter v. Nationwide Mut. Auto. Ins. Co., No. CA-00-63-AMD (D. Md. Mar. 28, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]This court has limited its review to the issues discussed in Appellants' informal briefs.  See 4th Cir. Rule 34(b).

- 3 -